JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Martin Vogel

                    Plaintiff,

v.

Miyamoto Investment, Inc., et al

                    Defendants.

Case No.  CV 17-02758-AB (MRWx)


ORDER DISMISSING CIVIL ACTION

        THE COURT having been advised by counsel that the above-entitled action has been settled;

        IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **_30_ days,** to re-open the action if settlement is not consummated.   This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  September 5, 2017     _____

                                ANDRÉ BIROTTE JR.
                                UNITED STATES DISTRICT JUDGE

1.